## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. 15-22907-RAM

Chapter 13

Angela Johnson
SSN: xxx-xx-1648

_____ /

### Clerk's 1) Service of Certified Copy of Docket Report Reflecting Debtor's Failure to File Required Certification and 2) Notice that Exception to the Stay under 11 USC §362(b)(22) is Now Applicable

The debtor indicated in the petition that the debtor's landlord has a judgment against the debtor for possession of the debtor's residence.

As required under 11 USC §362(l)(4)(b), the clerk hereby provides service on the debtor and the lessor Scott Carver IIC, LP___ of a certified copy of the docket reflecting that the debtor has failed to timely  file the certification(s) required:

1) ✓ under 11 USC §362(l)(1) indicating under nonbankruptcy law applicable in the jurisdiction, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after that judgment for possession was entered and that the debtor (or an adult dependent of the debtor) has deposited with the clerk of the court, any rent that would become due during the 30-day period after the filing of the bankruptcy petition;

and/or ;

2) ✓ under 11 USC §362(l)(2) indicating that the debtor has cured, under applicable non-bankruptcy law, the entire default at issue.

### Notice is hereby given that:

Due to the debtor's failure to file the required certification(s) indicated above and as provided under 11 USC §362(l)(4)(A), the exception to the stay under 11 USC §362(b)(22) is now applicable.

As provided under Local Rule 7067-1(C), if any funds were deposited under §362(l), the court shall order the clerk to disburse the funds only upon the filing of a motion served on all affected parties.

DATED: 7/20/15___

C: Angela Johnson, Debtor
   Scott Carver IIC, LP, Landlord

CLERK OF COURT

By: Yamileth Valencia

Deputy Clerk

Telephone: 305-714-1800

(rev. 11/20/08)

**DebtEd, PlnDue**

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
## Bankruptcy Petition #: 15-22907-RAM

*Date filed:* 07/17/2015
*Deadline for filing claims* 01/13/2016
*(govt.):*

*Assigned to:* Robert A Mark
Chapter 13
Voluntary
Asset

*Debtor*                                    represented **Evian L White**
**Angela Johnson**                          by 3000 Biscayne Blvd # 500
7344 NW 23rd Ave                               Miami, FL 33137
Apt. 107                                       305.438.2552
Miami, FL 33147                                Fax : (305) 572-9557
MIAMI-DADE-FL                                  Email: ewhite@legalservicesmiami.org
SSN / ITIN: xxx-xx-1648

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027
954-443-4402

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285



Certified to be a true and correct copy
of the original.
Joseph Falzone, Clerk
U.S. Bankruptcy Court
Southern District of Florida
By: _____
Deputy Clerk
Date: 7-20-15

| Filing Date | # | Docket Text |
|---|---|---|
| 07/17/2015 | ❍1 | Chapter 13 Voluntary Petition . [Fee Amount $310] (White, Evian) (Entered: 07/17/2015) |
|  | ❍2 | Statement of Debtor(s) Social Security Number(s) |

| 07/17/2015 | | [*Document Image Available ONLY to Court Users*] Filed by Debtor Angela Johnson. (White, Evian) (Entered: 07/17/2015) |
|---|---|---|
| 07/17/2015 | ❑3 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for for 3 Years Form 22C-1. Disposable Income Is Not Determined Filed by Debtor Angela Johnson. (White, Evian) (Entered: 07/17/2015) |
| 07/17/2015 | ❑4 | Disclosure of Compensation by Attorney Evian L White. (White, Evian) (Entered: 07/17/2015) |
| 07/17/2015 | ❑5 | Payment Advices by Debtor Filed by Debtor Angela Johnson. (White, Evian) (Entered: 07/17/2015) |
| 07/17/2015 | | Receipt of Voluntary Petition (Chapter 13)(15-22907) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 25085461. Fee amount 310.00. (U.S. Treasury) (Entered: 07/17/2015) |
| 07/20/2015 | ❑6 | Notice of Incomplete Filings Due. [Deficiency Must be Cured by 7/27/2015].Declaration Regarding Electronic Filing due 7/27/2015. Chapter 13 Plan due by 7/31/2015. Certificate of Budget and Credit Counseling Course (Db) due 7/31/2015. Payment Advices due for Debtor 7/31/2015. [Incomplete Filings due by 7/31/2015]. (Valencia, Yamileth) (Entered: 07/20/2015) |
| 07/20/2015 | ❑7 | Payment Advices by Debtor Filed by Debtor Angela Johnson. (White, Evian) (Entered: 07/20/2015) |
| 07/20/2015 | ❑8 | Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically by Attorney Evian L White (Re: 7 Payment Advices filed by Debtor Angela Johnson). (White, Evian) (Entered: 07/20/2015) |
| 07/20/2015 | ❑9 | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Angela Johnson. (White, Evian) (Entered: 07/20/2015) |

